IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KRISTIE WHITEMAN RICKS, individually and as the Administratrix of the Estate of Brian Keith Ricks | * * * * | |
| Plaintiff | * * | |
| | * | NO: 4:08CV00345 SWW |
| VS. | * * | |
| LARRY B. NORRIS, individually and in his capacity as the Director of the Arkansas Department of Correction, ET AL. | * * * * * * | |
| Defendants | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiffs' claims brought pursuant to 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE, and Plaintiffs' supplemental claims brought pursuant to state law are dismissed WITHOUT PREJUDICE. *See* 28 U.S.C. § 1367(c)(3). This action is DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 11TH DAY OF JUNE, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE